RING et al., Appellants, v. MITCHELL, Respondent. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Charles E. Ring and others against

Charles F. Mitchell. H. Jones, for appellants. W. A. Walling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.